IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNIFER COATES | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 10-CV-3419 (JKB) |
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY, et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT INITIAL REPORT

Pursuant to this Court's April 4, 2011, Tentative Scheduling Order, the Parties jointly submit the following Initial Report.

Settlement/ADR Conference:

The Parties are unable to agree whether an early settlement or ADR conference prior to discovery would be beneficial.

Changes In Scheduling Order:

The Parties do not presently request any changes to the Tentative Scheduling Order.

Electronically Stored Information:

The Parties anticipate discovery of electronically stored information.

Expert Witness:

The Parties do not anticipate the need for expert witnesses.

Deposition Hours:

The Parties do not request additional deposition hours beyond the number set forth in the Tentative Scheduling Order.

Consent to Magistrate:

The Parties do no consent to proceed before a United States Magistrate Judge.

Respectfully submitted,

_____/s/_____

_____/s/_____

GARY GILKEY
AMY BETH LEASURE
BALTIMORE CITY DEPARTMENT OF LAW
100 Holliday Street, Room 126
Baltimore, Maryland 21202
Telephone: 410-396-3960/3224
Facsimile: 410-396-1457
Attorney for Defendant

_____/s/_____
Thomas J. Maronick, Jr.
Law Offices of Thomas J. Maronick, LLC
302 East 25th Street
Baltimore, Maryland 21218
Telephone: (410) 244-5068
Facsimile: (410) 243-2013